IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KENNETH WAYNE WALKER,                                    PLAINTIFF
ADC #154873

v.                      No. 5:13-cv-171-DPM-JTK

STAND MAGEE, Deputy Chief, Dallas
County Jail; CURRY DUNN, Deputy,
Dallas County Jail; and TOMMY
STRINGFELLOW, Jail Administrator, Dallas
County Jail                                              DEFENDANTS

ORDER

Though no one has objected to Magistrate Judge Jerome T. Kearney's recommendation that the Court dismiss Walker's non-medical claims, reviewing for legal error and clear error of fact on the face of the record, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee note), the Court adopts with a supplemental word. Walker's non-medical claims are not stated clearly enough to allow the Court to evaluate whether they are claims the law recognizes. Taking Walker's allegations as true, it is not clear whether by some oversight he has had to pay an already satisfied penalty; whether he has been made to pay a penalty that was never lawfully imposed; whether he has been arbitrarily arrested and fined for different instances of the same alleged

criminal conduct; or whether he has been repeatedly arrested (and charged an associated fee) for nonpayment of an existing fine, satisfied or not. These factual shadings might make a legal difference. So the Court dismisses the non-medical claims now, but does not prevent Walker from bringing them again if he can more *precisely and concisely* explain his predicament.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 August 2013